UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SARA JARRETT,<br><br>　　　　　Defendant. | No. 2:19-CR-00217-MCE<br><br><br>**ORDER** |

　　　Defendant's Pro Se Motion for Early Termination of Supervised Release (ECF No. 3) is **DENIED**.

　　　**IT IS SO ORDERED**.


Dated: March 16, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE